571 A.2d 377

### FIREFIGHTERS, LOCAL UNION NO. 1

v.

### CIVIL SERVICE COMMISSION OF CITY OF PITTSBURGH, Appellant.

Supreme Court of Pennsylvania.

Argued March 6, 1990.

Decided March 21, 1990.

D.R. Pellegrini, City Sol., Joseph F. Quinn, Asst. City Sol., Dept. of Law, Bernard M. Schneider, Mary K. Conturo, Pittsburgh, for appellant.

Stanford A. Segal, Gatz, Cohen, Segal & Koerner, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., dissents.